# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>                 Plaintiff,<br>   v.<br><br>ROOSEVELT SQUARE REGENCY LLC,<br><br>                 Defendant. | CASE NO. 2:25-cv-01584-LK<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. No. 10. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Dated this 22nd day of October, 2025.

                                                                           */s/ Lauren King*

                                                                        Lauren King<br>                                                                        United States District Judge